No. 72–190. SMITH ET AL. *v.* BOARD OF EDUCATION, INDEPENDENT SCHOOL DISTRICT No. 1, TULSA COUNTY, OKLAHOMA, ET AL. C. A. 10th Cir. Motion to advance denied. 

No. 72–482. MARCHETTI *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner to expedite consideration denied. 

No. A–320 (72–521). IRISH NORTHERN AID COMMITTEE *v.* ATTORNEY GENERAL OF THE UNITED STATES. C. A. 2d Cir. Application for stay presented to MR. JUSTICE MARSHALL, and by him referred to the Court, granted. Should petition for writ of certiorari be denied, stay is to terminate automatically. Should petition for writ of certiorari be granted, stay is to remain in effect pending the sending down of the judgment of this Court.

No. 71–6603. HOUSE *v.* SMITH, WARDEN; and

No. 72–5054. GIBSON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motions for leave to file petitions for writs of habeas corpus denied.

No. 71–6564. NEWELL *v.* BOHANON, U. S. DISTRICT JUDGE;

No. 72–5034. DOYLE *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA ET AL.; and

No. 72–5035. BEY *v.* UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.

No. 71–1655. FALKNER *v.* SUPREME COURT OF FLORIDA ET AL. Motion to dispense with printing petition granted. Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 71–6510. LEVY ET AL. *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied.